IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| SEREYRATH VAN, | ) |
|       Petitioner, | ) Civil Action No. 3:25-cv-00322 |
| vs. | ) |
| LEONARD ODDO, IN HIS OFFICIAL CAPACITY AS WARDEN OF MOSHANNON VALLEY PROCESSING CENTER; BRIAN MCSHANE, IN HIS OFFICIAL CAPACITY AS ACTING FIELD OFFICE DIRECTOR OF THE IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS PHILADELPHIA FIELD OFFICE; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; AND PAM BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; | ) United States Magistrate Judge Christopher B. Brown |
|       Respondents. | ) |

**ORDER**

**AND NOW**, this 5th day of December, 2025, for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, is **CONDITIONALLY GRANTED**.

1

**IT IS FURTHER ORDERED** Petitioner shall be provided a bond hearing before a neutral immigration judge of the Executive Office of Immigration Review on or before **December 19, 2025.** At said bond hearing, the Government shall bear the burden to justify Petitioner's detention by clear and convincing evidence. *See German Santos v. Warden Pike Cnty. Corr. Fac.*, 965 F.3d 203, 213 (3d Cir. 2020). "That evidence must be individualized and support a finding that continued detention is needed to prevent him from fleeing or harming the community." *Id*. at 214.

This Order should not be read to constrain the immigration court from considering additional factors that normally are available to it in the context of an immigration bond hearing, such as alternatives to detention or the Petitioner's ability to pay, to the extent that they are not inconsistent with the Government's burden, as set forth in *German Santos*.

If Respondents fail to provide Petitioner with a bond hearing satisfying those requirements by **December 19, 2025**, the **WRIT SHALL ISSUE**, and Petitioner shall be released with conditions of supervision consistent with applicable law.

**IT IS FURTHER ORDERED** that counsel for the parties shall file notice of the date and time of the bond hearing on the docket in this matter once the hearing is scheduled. The parties shall notify this Court of the outcome of the hearing within three business days of its completion.

**IT IS FURTHER ORDERED**, to the extent Petitioner seeks any additional habeas relief, the same is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk's Office is directed to mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED**, pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, any party wishing to appeal from this Order must file a Notice of Appeal within 60 days.

> BY THE COURT:
>
> s/Christopher B. Brown
> Christopher B. Brown
> United States Magistrate Judge

cc:   All Counsel of Record
      (via ECF electronic notification)